SO ORDERED.

Dated: December 17, 2009

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-28659/0204799167

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-26676-RTBP |
| Donn R. Anderson and Georgia C. Anderson<br>Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>Movant,<br>vs.<br>Donn R. Anderson and Georgia C. Anderson,<br>Debtors, William E. Pierce, Trustee.<br>Respondents. | ORDER<br><br>(Related to Docket #10) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

…

…

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 26, 2007 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Donn R. Anderson and Georgia C. Anderson have an interest in, further described as:

Parcel No. 1:

Unit No. 1001, TOGETHER with the adjacent balcony or patio as shown and described on that certain Map "EMELITA SECOND AMENDED" a Condominium which was filed for record in the Office of the Recorder of the County of Maricopa, State of Arizona on November 20, 1979, in Book 218, Page 1 of Maps, inclusive, (hereinafter the "Map) which Amended that certain map "EMELITA", a Condominium which was filed for record in the Office of the Recorder of the County of Maricopa, State of Arizona on November 17, 1978 in Book 206, Page 7 of Maps, inclusive, as further defined in the Declaration of Horizontal Property Regime and covenants, conditions and restrictions for Emelita Apartment Condominium, (hereinafter the "Declaration") recorded November 17, 1978, in Docket 13285, Page 132, Amended November 20, 1979 in Docket 14041, Page 640 and Amended November 23, 1979, in Docket 14046, Page 68, ET, SEQ.

TOGETHER with appurtenant easement to the exclusive right to use for vehicular parking purposes, covered parking space number 262.

Parcel No. 2:

An undivided .4875 percent interest in and to the common area of said Condominium project, as said area is shown upon said Map, and as said area and the respective interest applicable thereto, as defined in said Declaration.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT